UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. MJ23-0535-SKV |
| | **)** | |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | |
| | **)** | DETENTION ORDER |
| MONTREY LADON WALTER EVANS, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

1.  Possession of a Firearm by a Prohibited Person (Felon)

2.  Carrying an Explosive or a Weapon on an Aircraft

Date of Detention Hearing:    November 13, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

DETENTION ORDER
PAGE -1

01       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02       The current charges allege that Defendant did not respond to pages at the Alabama

03 airport instructing him to report to TSA after his checked bag was found to contain four

04 firearms, one of which was loaded.   Defendant is prohibited from possessing firearms and has

05 a lengthy criminal record that includes criminal activity while under court supervision.

06 Defendant has active warrants in four jurisdictions including jurisdictions in the State of

07 Washington and the State of Alabama.   He has failed to appear at multiple hearings.

08 Defendant has no ties to the charging District.

09       There does not appear to be any condition or combination of conditions that will

10 reasonably assure the Defendant's appearance at future Court hearings in the Southern District

11 of Alabama where he is charged.

12 It is therefore ORDERED:

13 1. Defendant shall be detained pending transfer to the Southern District of Alabama, and

14    committed to the custody of the Attorney General for confinement in a correction facility;

15 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16 3. On order of the United States or on request of an attorney for the Government, the person

17    in charge of the corrections facility in which defendant is confined shall deliver the

18    defendant to a United States Marshal for the purpose of an appearance in connection with a

19    court proceeding; and

20 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21    the defendant, to the United States Marshal, and to the United State Probation Services

22    Officer.

DETENTION ORDER
PAGE -2

01   DATED this 13th day of November, 2023.

02

03   S. KATE VAUGHAN
United States Magistrate Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3